## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

MALLORY MARTIN and MICHAEL JONES,
individually and on behalf of the wrongful
death beneficiaries of MICHAEL L. JONES, JR.,
DECEASED                                                                    PLAINTIFFS

vs.                                      CIVIL ACTION NO. 3:07-cv-238 TSL JCS

HEALTH MANAGEMENT ASSOCIATES, INC.,
Individually and as parent corporation of
Jackson HMA, Inc., and Jackson HMA North
Medical Office Building, Inc., JACKSON HMA,
INC. d/b/a CENTRAL MISSISSIPPI MEDICAL
CENTER, JACKSON HMA NORTH MEDICAL
OFFICE CENTER, ALISON FURR, RN, CENTRAL
MISSISSIPPI HEALTH SERVICES, INC., EDITH
SMITH-RAYFORD, M.D. and JOHN DOES #1-10

## ORDER OF SUBSTITUTION AND
## AMENDMENT OF CAPTION OF CASE

**UPON NOTICE** of United States of America of its substitution as defendant in the place of the named defendants, Edith Smith-Rayford, M.D. ("Smith-Rayford") and Central Mississippi Health Services, Inc.("CMHSI"), it appearing to the Court that this action is one for damages against, Smith-Rayford and CMHSI arising out of actions taken by Smith-Rayford and CMHSI within the scope of their federal employment;

**IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233, the United States of America be substituted as defendant in place of Smith-Rayford and CMHSI, and that the caption of this action is amended accordingly to henceforth reflect that the defendants are: Health Management Associates, Inc., individually and as parent corporation of Jackson HMA, Inc. and Jackson HMA North Medical Office Building, Inc., Jackson HMA, Inc. d/b/a Central Mississippi Medical Center, Jackson HMA North Medical Office Building, Inc., d/b/a Central Mississippi Medical Center, Alison Furr, RN, United States of America, and John Does, #1-10.

**IT IS FURTHER ORDERED** that, as to the individual defendants, Edith Smith-Rayford, M.D. and Central Mississippi Health Services, Inc. ("CMHSI"), this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the __14th____ day of November, 2007.

s/ James C. Sumner_____
**UNITED STATES MAGISTRATE JUDGE**