# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**MALLORY MARTIN and MICHAEL JONES, individually and on behalf of the wrongful death beneficiaries of MICHAEL L. JONES, JR., DECEASED**      **PLAINTIFFS**

**v.**      **CIVIL ACTION NO. 3:07-cv-238 TSL JCS**

**UNITED STATES OF AMERICA**      **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the joint motion *ore tenus* of the parties, by and through counsel, to dismiss the case with prejudice. The Court, being fully advised that the parties have settled this dispute fully and finally to the satisfaction of all parties involved, finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the above-styled case is hereby dismissed with prejudice as to all parties, with all parties to bear their own costs and expenses.

**SO ORDERED**, this the 7th day of April, 2009.

                                               /S/ TOM S. LEE
                                               UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Rebecca Langston
REBECCA LANGSTON
Attorney for Plaintiffs

/s/ Mitzi Dease Paige
MITZI DEASE PAIGE
Assistant United States Attorney
Attorney for Defendant,
United States of America

/s/ Shane Langston
SHANE LANGSTON
Attorney for Plaintiffs

/s/ Benjamin N. Philley
BENJAMIN N. PHILLEY
Attorney for Plaintiffs